# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2397

_____

|  |  |  |
|---|---|---|
| Harold Henderson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Randy Morgan, Warden, Maximum | * | Appeal from the United States |
| Security Unit, Arkansas Department | * | District Court for the |
| of Correction; Steve Outlaw, Assistant | * | Eastern District of Arkansas. |
| Warden, Maximum Security Unit, | * | |
| Arkansas Department of Correction; | * | [UNPUBLISHED] |
| C. C. Hampton; Richard Wimberly, | * | |
| Major, Maximum Security Unit, | * | |
| Arkansas Department of Correction; | * | |
| originally sued as Randy Wimbley, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 2, 1998
Filed: December 7, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Harold Henderson, an Arkansas inmate, appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. After careful review of the record and the parties' briefs, we conclude that the district court did not err in dismissing Henderson's complaint. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.